No. 01-12-00945-CV

IN THE COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS
AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/12/2015 2:14:49 PM
CHRISTOPHER A. PRINE
Clerk

LEE A. HARDY AND POLLY HARDY

Appellants

v.

WELLS FARGO BANK, N.A., DAVID E. BROWN AND RESCONN
INVESTMENTS, LLC

Appellees

ON APPEAL FROM 157TH JUDICIAL DISTRICT COURT
HARRIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. 1107737

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS
COUNSEL FOR APPELLANTS**

THOMAS F. JONES III
State Bar No. 10974400
P.O. Box 130762
Houston, Texas 77219-0762
(832) 398-6182
(832) 200-3524 (Facsimile)
tfjonesiii@gmail.com
ATTORNEY FOR APPELLANTS

- 1 -

Thomas F. Jones III, attorney for Appellants Lee A. Hardy and Polly Hardy, files this Motion for Leave to Withdraw as Counsel for Appellants ("Motion to Withdraw") and would respectfully show the following:

**A.**
**Basis for Withdrawal**

1.     Appellants are Lee A. Hardy and Polly Hardy.  Thomas F. Jones III ("Mr. Jones) is the attorney for Appellants.  Mr. Jones has accepted employment at the Houston law firm of Codilis & Stawiarski, P.C. ("Law Firm").  Prior to accepting such employment, Mr. Jones was a solo practitioner.

2.     The Law Firm represents Appellee Wells Fargo Bank, N.A. ("Wells Fargo").  The Law Firm and Mr. Jones have determined that there is a conflict of interest if Mr. Jones represents the Appellants while employed by the Law Firm.  Therefore, Mr. Jones must withdraw from representing the Appellants.

3.     Mr. Jones informed the Appellants that this conflict of interest prevented Mr. Jones from continuing to represent the Appellants.

4.     Mr. Jones provided Appellants with recommendations of  attorneys who could represent Appellants.  One of the recommended attorneys ("Substitute Attorney") agreed to meet with Appellants and Mr. Jones to discuss representing the Appellants.

5.     The Substitute Attorney agreed to meet on January 5, 2015 with Appellant Lee A. Hardy and Mr. Jones.  Initially, Mr. Hardy agreed to the meeting.

However, later Mr. Hardy declined to meet until a court deadline necessitated the substitution of attorney.

6.   On January 22, 2015 the Court requested that by February 12, 2015 the Appellants file a response to the Motion of Appellee Wells Fargo for Rehearing (the "Motion for Rehearing").

7.   Mr. Jones provided Appellants with a copy of the Motion for Rehearing.  Mr. Jones advised that the response needed to be timely filed but because of the conflict of interest, Mr. Jones could not file the response.  As a result, Mr. Jones advised that it was necessary to substitute another attorney for him.

8.   The Substitute Attorney agreed to meet on January 26, 2015 with Appellant Mr. Hardy and Mr. Jones.

9.   Again, initially Mr. Hardy agreed to meet with the Substitute Attorney and Mr. Jones.  However, on the day of the meeting, Mr. Hardy refused to meet with the Substitute Attorney and Mr. Jones.

10.  Mr. Jones has determined that there no longer exists the attorney/client relationship which is necessary for Mr. Jones to adequately represent the Appellants in this case.

11.  Pursuant to Tex. R. App. P. 6.5(a)(1), the list of the current deadlines and settings in the case are:

a. February 12, 2015: Appellants' response due to Motion of Appellee Wells Fargo for Rehearing.

12. Pursuant to Tex. R. App. P. 6.5(a)(2):

a. Appellants' names are Lee A. Hardy and Polly Hardy;

b. Appellants' last known mailing address is P.O. Box 66, Humble, Texas 77347. Mr. Hardy refused to provide Appellants' physical address; and

c. Appellants' home telephone number is (281) 459-3884 and Appellant Polly Hardy's mobile telephone number is (832) 527-4714.

13. Pursuant to Tex. R. App. P. 6.5(a)(3), a copy of this Motion to Withdraw was delivered to Appellants.

14. Pursuant to Tex. R. App. P. 6.5(a)(4), Appellants were notified in writing of the right to object to this Motion to Withdraw.

15. Pursuant to Tex. R. App. P. 6.5(b), this Motion to Withdraw was delivered by mail-both by certified and by first class mail-to the Appellants at Appellants' last known address.

16. Concurrently with this Motion to Withdraw, a Motion was filed to extend the time for Appellants to respond to the Motion for Rehearing until 30 days after the Court rules on this Motion to Withdraw. The extension will allow

Appellants time to find substitute counsel should the Court grant this Motion to Withdraw.

17.    Appellee Wells Fargo Bank, N.A., through its counsel, does not oppose this Motion to Withdraw.

**B.**
**Argument and Authorities**

18.    Tex. R. App. P. 6.5 permits an attorney to withdraw from representation in a case.

19.    Texas Disciplinary Rules of Professional Conduct 1.06(b) & (e) requires an attorney to withdraw from representation if the attorney has a conflict of interest.

20.    Mr. Jones, as the attorney of record for Appellants, has a conflict of interest which requires him to withdraw.

21.    Mr. Jones has attempted to arrange substitution counsel for Appellants but Appellant Lee Hardy refuses to meet with possible substitute counsel.

22.    Attached to this Motion is an Affidavit to establish facts that are no included in the appellate record and are not known to the Court in its official capacity, although they are within the personal knowledge of Mr. Jones, who is the attorney signing this Motion.

## C.
## Conclusion and Prayer

For the reasons stated above, Thomas F. Jones III requests the Court to:

1)      Allow Mr. Jones to withdraw as counsel for Appellants in this case;

and

2)      grant such other relief as the Court may deem proper.

Respectfully submitted,

**/s/ Thomas F. Jones III**
**Thomas F. Jones III**
**State Bar No. 10974400**
P.O. Box 130762
Houston, Texas 77219-0762
(832) 398-6182
(832) 200-3524 (Facsimile)
tfjonesiii@gmail.com

**COUNSEL FOR APPELLANTS LEE A.**
**HARDY AND POLLY HARDY**

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties which are listed below on February 12, 2015 as follows:

Lee A. Hardy
Polly Hardy
P.O. Box 66
Humble, Texas 77347
**Appellants**
Via Certified Mail No. 7014 2870 0002 0549 3758
Return Receipt Requested, postage prepaid
Via First Class Mail, postage prepaid

Mr. George A. Kurisky, Jr.
Johnson DeLuca Kurisky & Gould, P.C.
1221 Lamar, Ste. 1000
Houston, Texas 77010
**Attorney for Wells Fargo Bank, N.A.**
Via Email (gkurisky@jdkglaw.com)

Mr. David T. Dorr
Law Office of David T. Dorr, P.C.
P.O. Box 920907
Houston, Texas 77292-0907
**Attorney for David E. Brown and Resconn Investments, LLC**
Via Certified Mail No. 7014 2870 0002 0549 3765
Return Receipt Requested, postage prepaid

**/s/ Thomas F. Jones III**
**Thomas F. Jones III**

February 12, 2015
Date

THE STATE OF TEXAS      §

§

COUNTY OF HARRIS      §

## AFFIDAVIT OF THOMAS F. JONES III

BEFORE ME, the undersigned authority, on this day personally appeared

THOMAS F. JONES III, the Affiant, a person whose identity is known to me.

After I administered an oath to Affiant, Affiant testified:

> "My name is Thomas F. Jones III. I am over 18 years of age, of sound mind, and capable of making this Affidavit. The facts stated in this Affidavit are within my personal knowledge and are true and correct.

> "I am the counsel for Appellants, Lee A. Hardy and Polly Hardy, in this Appeal. I have prepared and have read the Unopposed Motion to Withdraw as Counsel for Appellants to which this Affidavit is attached. All of the facts stated in that Motion are true and correct, and I have personal knowledge of those facts.

> "The relief requested in the Motion is not sought for delay only, but that justice may be done."

**/s/ Thomas F. Jones III**
**THOMAS F. JONES III**

SIGNED AND SWORN to before me by said Thomas F. Jones III, to certify which witness my hand and seal of office, on this 11th day of February, 2015.

**/s/ Cathy Cagle**
Notary Public--State of Texas
My Commission Expires: January 12, 2019